*NOT FOR PUBLICATION*                                              *ORDER*

> IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
> DIVISION OF ST. CROIX
> APPELLATE DIVISION

OAKLAND BENTA and )
ANTHONY ELSKOE, ) D.C. CIV APP. NO. 2002/0122
 ) Sup. CT. CIV. NO. 264/2000
    Appellants, )
 )
    v. )
 )
 )
ADELBERT BRYAN, )
 )
    Appellee. )
_____)

On Appeal from the Superior Court of the Virgin Islands

Considered: OCTOBER 19, 2007
Filed: 7/22/09, 2009

Before:  **CURTIS V. GOMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **LEON A. KENDALL**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

Attorneys:

Yvette D. Ross-Edwards, Esq.
St. Croix, U.S.V.I.
    Attorney for Appellants,

Maxwell D. McIntosh, Esq.
St. Croix, U.S.V.I.
    Attorney for Appellee.


**Per Curiam.**

*Oakland Benta and Anthony Elskoe v. Adelbert Bryan*
D.C. Civ. App. No. 2002-0122
Order
Page 2

**Order**

**AND NOW**, for the reasons more fully stated in a Memorandum Opinion on even date, it is hereby

**ORDERED** that the Superior Court's decision is **AFFIRMED**.

**SO ORDERED** this 21 day of July 2009.

**A T T E S T:**

**WILFREDO F. MORALES**

Clerk of the Court

By: /s/ *[signature]*

Deputy Clerk

**Copies** (with accompanying memorandum opinion) **to:**

Maxwell McIntosh, Esq.
Yvette Ross-Edwards, Esq.